**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LISA BARNETT SWEEN, SB# 191155
   E-Mail: sween@lbbslaw.com
NATALJA M. FULTON, SB# 254858
   E-Mail: fultonn@lbbslaw.com
333 Bush Street, Suite 1100
San Francisco, California 94104
San Francisco, CA  94104
Telephone: 415.362.2580
Facsimile:  415.434.0882

**EDWARDS WILDMAN PALMER LLP**
DEBORAH L. MCNEELY, SB# 264444
    Email: dmcneely@edwardswildman.com
660 Newport Center Drive, Suite 900
Newport Beach, CA  92660
Telephone: 949.423.2100
Facsimile:  949.423.2101

Attorneys for Defendant
CVS PHARMACY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. BARKER,<br><br>           Plaintiff,<br><br>     v.<br><br>CVS PHARMACY, INC., and DOES 1 through 25,<br><br>           Defendants. | CASE NO. 2:12-cv-00444-MCE-DAD<br><br>**STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER**<br><br>Judge:   Hon. Morrison C. England, Jr.<br>Crtrm:   No. 7 – 14th Floor |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

   WHEREAS Plaintiff, ROBERT M. BARKER, and Defendant, CVS PHARMACY, INC., have completed the necessary conditions of their settlement agreement, and it is HEREBY STIPULATED by and between the parties to this action, through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.

/ / /

/ / /

/ / /

LEWIS
BRISBOIS

Each side shall bear their own costs and fees.

**IT IS SO STIPULATED.**

                                Respectfully submitted,

DATED: January 7, 2013         LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____/s/ Lisa Barnett Sween_____
      Lisa Barnett Sween
      Natalja M. Fulton
      Attorneys for Defendant
      CVS PHARMACY, INC.

DATED: January 7, 2013         LAW OFFICES OF R. ELLIS HARPER

By: _____/s/ R. Ellis Harper_____
      R. ELLIS HARPER
      Attorney for Plaintiff
      ROBERT M. BARKER

**IT IS SO ORDERED.**

Dated: January 22, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT